[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12810
Non-Argument Calendar
_____

D.C. Docket No. 9:11-cr-80087-DTKH-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERICK JEAN-LOUIS,
a.k.a. Trap,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(July 3, 2013)

Before MARTIN, HILL and KRAVITCH, Circuit Judges.

PER CURIAM:

John Richardson, appointed counsel for Erick Jean-Louis in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jean-Louis's conviction and sentence are **AFFIRMED.**